IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCT LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>ALSTON STERLING,<br><br>v.<br><br>ABBVIE INC., et al.<br><br>Civil action No. 1:16-cv-11556 | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Alston Sterling.

Respectfully submitted,

**Padberg, Corrigan & Appelbaum**

*/s/ David W. Bauman*
David W. Bauman
The Padberg & Corrigan Law Firm
1926 Chouteau Avenue
St. Louis, MO 63103
(T) (314) 621-2900
(F) (314) 621-7607

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I, David W. Bauman, hereby certify that on March 8, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David W. Bauman